# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROXANNE MAZON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00342-AWI-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS, AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 4) |

Carla Roxanne Mazon ("Plaintiff") filed a complaint on March 23, 2022, challenging a final decision of the Commissioner of Social Security denying her application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court denied the initial application and ordered Plaintiff to file a long form application. (ECF No. 3.) Plaintiff's long form application filed on April 7, 2022, demonstrates entitlement to proceed without prepayment of fees. (ECF No. 4.) The parties are hereby directed to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's E-service program.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons, scheduling order, and new case documents; and

3. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint..

IT IS SO ORDERED.

Dated: **April 8, 2022**

UNITED STATES MAGISTRATE JUDGE