# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROXANNE MAZON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00342-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On August 9, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from August 25, 2022, to October 24, 2022, and Defendant's opposition deadline be extended until January 30, 2023. (ECF No. 14.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED;

2. Plaintiff shall file an opening brief on or before October 24, 2022;

3. Defendant shill file an opposition brief on or before January 30, 2023; and

///

///

///

///

1

4. Plaintiff shall file any reply within fifteen (15) days of service of the opposition.

IT IS SO ORDERED.

Dated:   **August 10, 2022**

UNITED STATES MAGISTRATE JUDGE